IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE COTA-HERNANDEZ,

      Plaintiff,                                 No. CIV S-11-1172 GGH P

    vs.

FEDERAL BUREAU OF PRISONS, et al.,

      Defendants.                                 <u>ORDER</u>

_____/

        Plaintiff, a federal prisoner proceeding pro se, has filed a civil rights action pursuant to <u>Bivens v. Six Unknown Fed. Narcotics Agents</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971).[1] In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Merced County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

---

[1] Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern
3  District of California sitting in Fresno; and
4  2. All future filings shall reference the new Fresno case number assigned and
5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721
8

9  DATED: May 9, 2011

10

11  /s/ Gregory G. Hollows
    _____
12  GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

13  GGH:mp
    cota1172.22fn